ROBERT A. EDER, JR. (# 8056)
Attorney for the Debtor(s)
5667 S. Redwood Road, Suite 8
Salt Lake City, Utah 84123
Telephone (801) 265-1836
Facsimile (801) 265-1866
rob@ederlaw.net

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| IN RE:<br>    KURTIS N. HENDERSON<br>    SHELLA R. HENDERSON<br>                                    Debtor(s) | Bankruptcy Case No. 17-29801 RKM<br><br>Chapter 13 |
|---|---|

## NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that the mailing address for the above Debtor(s) has changed to the following address:

    P.O. Box 180036
    Cannonville, UT 84718


All Future correspondence to Debtor(s) should be sent to the above address.


Dated September 7, 2018.

                                                                                   **/S/ Autumn Humphreys**
                                                                                    Autumn Humphreys, Paralegal